IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXANDER STROSS, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| JOSHUA RICE d/b/a RICE LAW | § | A-23-CV-27-ML |
| OFFICE, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered action. The parties consented to this court's jurisdiction, and the case was assigned to this court's docket for all purposes on March 10, 2025. Dkt. 52.

On July 28, 2025, the court called the above-styled and numbered cause for trial and the case proceeded with a jury of eight legally qualified jurors. On July 29, 2025, the jury returned its verdict. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Plaintiff for copyright infringement. Plaintiff is entitled to recover $750.00 in statutory damages for copyright infringement, awarded by the jury in their verdict, from Defendant.

**IT IS FURTHER ORDERED** that Plaintiff take nothing from Defendant on his Digital Millennium Copyright Act claim.

**IT IS FURTHER ORDERED** that any pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

**SIGNED** on July 29, 2025.

                                  _____

MARK LANE
UNITED STATES MAGISTRATE JUDGE